UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| WAYNE GILMORE, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>RESOLUTE BURGERS, LLC, d/b/a BACK YARD BURGERS, a Mississippi Limited Liability Company,<br><br>  Defendant. | Case 3:19-cv-00863-CWR-FKB |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and except as otherwise agreed between the parties, each party shall bear its respective fees and costs.

Dated: February 3, 2020.

Respectfully Submitted,      Respectfully Submitted,

*/s/ John W. Kitchens*        */s/ John H. Cocke*
John W. Kitchens, Esq.        John H, Cocke, Esq.
Kitchens Law Firm, P.A.        Merkel & Cocke, P.A.
Post Office Box 799         Post Office Box 1388
205 West Railroad Avenue South     Clarksdale, MS 38614
Crystal Springs, MS 39059       Telephone: (662) 627-9641
Telephone: (601) 892-3067       Facsimile: (662) 627-3592
Facsimile: (601) 892-3057        jcocke@merkel-cocke.com
jkitchens@kitchenslaw.net

               *Attorney for the Defendant*

*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of February 2020, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to the following:

John H, Cocke, Esq.
Merkel & Cocke, P.A.
Post Office Box 1388
Clarksdale, MS 38614

/s/ John W. Kitchens
John W. Kitchens, Esq.